1  **SCHLEIER, JELLISON & SCHLEIER, P.C.**
2  3101 N. Central Avenue
   Suite 1090
3  Phoenix, Arizona 85012
   Telephone: (602) 277-0157
4  Facsimile: (602) 230-9250

5  BRADLEY H. SCHLEIER, ESQ. #011696
   Email: bschleier@sjslaw.net
6  JAMES M. JELLISON, ESQ. #012763
   Email: jjellison@sjslaw.net
7  TOD F. SCHLEIER, ESQ. #004612
   Email: tschleier@sjslaw.net
8  Attorney for Plaintiff

9  **HUTCHINSON BLACK AND COOK, LLC**
   921 Walnut Street, Suite 200
10 Boulder, Colorado 80302
   Telephone: (303) 442-6514
11 Facsimile: (303) 442-6514

12 KIMBERLY M. HULT, ESQ. #77479
   Email: hult@hbcboulder.com
13 BLAINE P. KERR, ESQ. #9797
   Email: kerr@hbcboulder.com
14 Pro Hac Vice Attorney for Plaintiff

15                     UNITED STATES DISTRICT COURT
16                          DISTRICT ARIZONA

17 J.K., a single woman,                  )
                                          )   No. CV06-916 PHX-MHM
18                 Plaintiff,             )
                                          )
19 v.                                     )   **NOTICE OF SERVICE**
                                          )
20 ARIZONA BOARD OF REGENTS, a            )
   public entity, ARIZONA STATE           )
21 UNIVERSITY, a Title IX funding         )
   recipient, DARNEL HENDERSON, a         )
22 single man, GENE SMITH, a married      )
   man, DIRK KOETTER, a married man,      )
23 CASSANDRA ASKA, a married              )
   woman, and STEVE RIPPON, a married     )
24 man,                                   )
                                          )
25                 Defendants.            )

26

NOTICE IS HEREBY GIVEN that Plaintiff J.K., through counsel, has served Plaintiff's First Set of Non-Uniform Interrogatories to Defendants on August 3, 2006, by mailing the original and one copy to ASU Defendants' counsel, Michael K. Goodwin, Assistant Attorney General, Terry Goddard, Attorney General, 1275 West Washington, Phoenix, Arizona 85007-2997 and one copy to *Pro Se* Defendant Darnell Henderson, 3428 Haven Street, Oakland, California 94608.

DATED this 7th day of August, 2006.

SCHLEIER, JELLISON & SCHLEIER, P.C.

s/ Bradley H. Schleier

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2006, I electronically filed the foregoing with the U.S. District Court Clerk using the CM/ECF system, which shall send notification of such filing to the ASU Defendants' counsel Michael K. Goodwin, Assistant Attorney General, TERRY GODDARD, ATTORNEY GENERAL, 1275 West Washington, Phoenix Arizona 85007-2997 and by U.S. Postal Service to *Pro Se* Defendant Darnell Henderson, 3428 Haven Street, Oakland, California 94608

SCHLEIER, JELLISON & SCHLEIER, P.C.

s/ Mary H. Portillo